# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2325

_____

GREGORY NIERENBERG,

    Petitioner,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

    Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

March 3, 2026

PER CURIAM.

    DISMISSED.

LEWIS, ROBERTS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Gregory Michael Nierenberg, pro se, Petitioner.

Kelly R. Forren, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.